**MIG, INC., f/k/a Metromedia International Group, Inc., Plaintiff–Appellant,**

v.

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, L.L.P., Defendant–Appellee.**

No. 10–1328–cv.

United States Court of Appeals, Second Circuit.

Feb. 18, 2011.

Mark Warren Moody (Aaron Richard Golub and Nehemiah S. Glanc, of counsel), New York, NY, for Plaintiff–Appellant.

Bruce D. Angiolillo (Paul C. Gluckow, on the brief), Simpson Thacher & Bartlett LLP, New York, NY, for Defendant–Appellee.

PRESENT: JOSÉ A. CABRANES, DENNY CHIN, Circuit Judges, JOHN F. KEENAN, District Judge.*

**SUMMARY ORDER**

Plaintiff–Appellant MIG, Inc. ("plaintiff") appeals from a March 29, 2010 order dismissing under Federal Rule of Civil Procedure 12(b)(6) its legal malpractice suit against defendant-appellee Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P. ("defendant") with regard to the law firm's representation of plaintiff in connection with the issuance of plaintiff's preferred stock in 1997. Plaintiff claims, among other things, that it alleged facts sufficient to toll New York's statute of limitations pursuant to the "continuous representation doctrine." We assume the parties' familiarity with the facts and procedural history of this action.

We review *de novo* a district court's dismissal of an action for failure to state a claim, *see* Fed.R.Civ.P. 12(b)(6), assuming

---

\* The Honorable John F. Keenan, of the United States District Court for the Southern District of New York, sitting by designation.

all well-pleaded, nonconclusory factual allegations in the complaint to be true. *See generally Ashcroft v. Iqbal,* 556 U.S. ——, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009); *Selevan v. N.Y. Thruway Auth.,* 584 F.3d 82, 88 (2d Cir.2009).

For substantially the reasons stated by the District Court in its well-reasoned Opinion and Order of March 29, 2010, *MIG, Inc. v. Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.,* 701 F.Supp.2d 518 (S.D.N.Y.2010), we affirm the judgment disposing of all claims.

### CONCLUSION

The judgment of the District Court as to all claims is **AFFIRMED.**